# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR MATTIA, | : |
| *Plaintiff,* | : |
| | : |
| v. | : CIVIL ACTION NO. 20-CV-790 |
| | : |
| JOINT DRUG TASK FORCE, *et al.,* | : |
| *Defendants.* | : |

## **ORDER**

AND NOW, this 14th day of February, 2020, upon consideration of Plaintiff Arthur Mattia's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Emergency Hearing on Petition to Cease and Desist (ECF No. 3) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption to reflect that the sole Defendant in this case is the "Joint Drug Task Force — State/Phila Police."

2. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

5. The Emergency Hearing on Petition to Cease and Desist, construed as a motion for a preliminary injunction or temporary restraining order, is **DENIED** for the reasons expressed in the Court's Memorandum.

6. Mattia may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of

the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mattia's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mattia should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

7. The Clerk of Court is **DIRECTED** to send Mattia a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mattia may use this form to file his amended complaint if he chooses to do so.

8. If Mattia fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**